BEFORE THE THIRD DIVISION, SEPTEMBER 19, 1950

No. 54673.—Antonio Romano et al. v. United States, protests 149364–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

No. 54674.—The Ambriola Co., Inc., et al. v. United States, protests 156549–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

No. 54675.—Domenico D'Angiola, Inc., et al. v. United States, protests 159612–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of chestnuts similar in all material respects to those the subject of *Naumes Forwarding Service* v. *United States* (24 Cust. Ct. 93, C. D. 1214), the claim for free entry under paragraph 1646 was sustained.

No. 54676.—Cheese Importing Co., Inc. v. United States, protests 48022–K, etc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of Edam process-cheese similar in all material respects to that the subject of *Dutch Cheese Importers Co.* v. *United States* (23 Cust. Ct. 98, C. D. 1197), the claim of the plaintiff was sustained.

No. 54677.—W. F. Mackay v. United States, protests 111823–K, etc. (Pembina).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.